UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohamed et al., | Case No. 25-CV-2930 (DWF-EMB) |
| Plaintiff, | |
| vs. | **STATE DEFENDANTS' AND** |
| | **TWILA VILLELLA'S** |
| Walz *et al.*, | **MOTION TO DISMISS** |
| | **PLAINTIFFS' SECOND** |
| Defendants. | **AMENDED COMPLAINT** |

TO:    Plaintiffs Abdikadar Mohamed, et al., by and through counsel, Jason Steck, Esq., Law Office of Jason Steck, 6160 Summit Drive North, Suite 224, Brooklyn Center, MN 55430; and all parties of record:

Defendants Tim Walz, *in his individual and official Capacity as Governor of the State of Minnesota*, State of Minnesota, Shireen Gandhi, *in her individual capacity*, John Connolly, *in his official capacity as Temporary Commissioner of the Minnesota Department of Human Services,* Tikki Brown*, in her official Capacity as Commissioner of Minnesota Department of Children, Youth, and Families and individually,* Minnesota Department of Children, Youth, and Families, Minnesota Department of Human Services, and Twila Villella, move the Court to dismiss Plaintiffs' Second Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This Motion is based upon all files, records, and proceedings herein, including the concurrently filed Memorandum of Law in Support of Motion to Dismiss.

[*Signature on following page*]

Dated:  June 11, 2026.

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

***s/ Erika Young***
ERIKA YOUNG
Assistant Attorney General
Atty. Reg. No. 0326872

AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-1887 (Voice)
(651) 282-5832 (Fax)
Erika.Young@ag.state.mn.us
Aaron.Winter@ag.state.mn.us

*Attorneys for Defendants Tim Walz, in his official and individual capacity, Shireen Gandhi, in her individual capacity, John Connolly, in his official capacity, Tikki Brown, in her official and individual capacity, State of Minnesota, DHS, DCYF, and Twila Villella*

|#6166600-v1

2