UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mohamed et al.,

Plaintiff,

vs.

Walz et al.,

Defendants.

Case No. 25-CV-2930 (DWF-EMB)

**[PROPOSED] ORDER**

The above-captioned matter came before the Court on the Motion to Dismiss filed on behalf of Defendants Tim Walz, *in his individual and official Capacity as Governor of the State of Minnesota*, State of Minnesota, Shireen Gandhi, *in her individual capacity*, John Connolly, *in his official capacity as Temporary Commissioner of the Minnesota Department of Human Services,* Tikki Brown*, in her official Capacity as Commissioner of Minnesota Department of Children, Youth, and Families and individually,* Minnesota Department of Children, Youth, and Families, Minnesota Department of Human Services (collectively, the "State Defendants"), and Twila Villella (Doc. 60).

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. The State Defendants' And Twilla Villella's Motion to Dismiss Plaintiffs' Second Amended Complaint is **GRANTED**.

2. Counts 1, 2, 3, and 4 of Plaintiffs' Second Amended Complaint are **DISMISSED WITH PREJUDICE** as to the State Defendants and Twilla Villella.

3. Judgment be entered upon the filing of this Order.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated:_____         _____
                           THE HONORABLE DONOVAN W. FRANK
                           United States District Judge